Warren WILSON, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 2006–3227.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2007.

Before NEWMAN, SCHALL, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36.